AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, ENHANCING MONTANA'S WILDLIFE AND HABITAT, SKYLINE SPORTSMEN'S ASSOC. <br> *Plaintiff(s)* <br> v. <br> MARY ERICKSON, LEANNE MARTEN, VICKIE CHRISTIANSEN, THE UNITED STATES FOREST SERVICE, THE UNITED STATES DEPARTMENT OF AGRICULTURE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  CV-19-66-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Vicki Christiansen, in her official capacity as
    Chief, U.S. Forest Service
    1400 Independence Ave., S.W.
    Washington, D.C., 20250-0003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael A. Kauffman    Matthew K. Bishop
    DRAKE LAW FIRM, P.C.    Western Environmental Law Center
    111 North Last Chance Gulch    103 Reeder's Alley
    Suite 3J, Arcade Building    Helena, MT  59601
    Helena, MT 59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Tyler P. Gilman
CLERK OF COURT

Date:  June 10, 2019

                                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                      *Server's signature*

                                                                    *Printed name and title*

                                                                      *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, ENHANCING MONTANA'S WILDLIFE AND HABITAT, SKYLINE SPORTSMEN'S ASSOC.<br>*Plaintiff(s)*<br>v.<br>MARY ERICKSON, LEANNE MARTEN, VICKIE CHRISTIANSEN, THE UNITED STATES FOREST SERVICE, THE UNITED STATES DEPARTMENT OF AGRICULTURE<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV-19-66-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Erickson, in her official capacity as,
Forest Supervisor
Custer Gallatin National Forest
10 East Babcock Avenue
P.O. Box 130
Bozeman, Montana 59715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Kauffman                  Matthew K. Bishop
DRAKE LAW FIRM, P.C.                 Western Environmental Law Center
111 North Last Chance Gulch          103 Reeder's Alley
Suite 3J, Arcade Building            Helena, MT  59601
Helena, MT 59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Tyler P. Gilman*
CLERK OF COURT

Date: *June 10, 2019*



_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, ENHANCING MONTANA'S WILDLIFE AND HABITAT, SKYLINE SPORTSMEN'S ASSOC. <br> *Plaintiff(s)* <br> v. <br> MARY ERICKSON, LEANNE MARTEN, VICKIE CHRISTIANSEN, THE UNITED STATES FOREST SERVICE, THE UNITED STATES DEPARTMENT OF AGRICULTURE <br> *Defendant(s)* | Civil Action No. CV-19-66-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leanne Marten, in her official capacity as
Regional Forester, Northern Region
26 Fort Missoula Road
Missoula, MT 59804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Kauffman                Matthew K. Bishop
DRAKE LAW FIRM, P.C.               Western Environmental Law Center
111 North Last Chance Gulch        103 Reeder's Alley
Suite 3J, Arcade Building          Helena, MT  59601
Helena, MT 59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Tyler P. Gilman*
CLERK OF COURT

Date: *June 10, 2019*



*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, ENHANCING MONTANA'S WILDLIFE AND HABITAT, SKYLINE SPORTSMEN'S ASSOC. <br> *Plaintiff(s)* <br> v. <br> MARY ERICKSON, LEANNE MARTEN, VICKIE CHRISTIANSEN, THE UNITED STATES FOREST SERVICE, THE UNITED STATES DEPARTMENT OF AGRICULTURE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  CV-19-66-BLG-SPW-TJC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITED STATES FOREST SERVICE
1400 Independence Ave, SW
Washington, DC  20250-1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Kauffman
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, MT  59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 10, 2019

Tyler P. Gilman
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                        *Server's signature*

                             _____
                                     *Printed name and title*

                             _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, ENHANCING MONTANA'S WILDLIFE AND HABITAT, SKYLINE SPORTSMEN'S ASSOC.<br><br>*Plaintiff(s)*<br>v.<br><br>MARY ERICKSON, LEANNE MARTEN, VICKIE CHRISTIANSEN, THE UNITED STATES FOREST SERVICE, THE UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. CV-19-66-BLG-SPW-TJC<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Ave., S.W.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Kauffman          Matthew K. Bishop
DRAKE LAW FIRM, P.C.         Western Environmental Law Center
111 North Last Chance Gulch  103 Reeder's Alley
Suite 3J, Arcade Building    Helena, MT 59601
Helena, MT 59601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Tyler P. Gilman*
CLERK OF COURT

Date: *June 10, 2019*                              _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: