# Gallatin National Forest Travel Plan
# Detailed Description of the Decision

# Introduction

This document describes the final decision for a Gallatin National Forest Travel Management Plan. The Travel Management Plan identifies and establishes opportunities for public recreation use and access using the Forest's road and trail system. For each road and trail it specifies the types of uses that are appropriate including pleasure driving, high clearance and all-terrain vehicle use (ATVs), motorcycle use, biking, horseback riding, snowmobiling, hiking and skiing. It also describes seasonal restrictions that may apply and programmatic direction that will provide guidance for future management proposals related to Forest travel. This document incorporates by reference three maps that display the opportunities provided on each road and trail and the sub-areas of the Forest that have snowmobile area restrictions. Refer to maps "Summer Motorized Final Decision," "Summer Non-Motorized Final Decision," and "Winter Final Decision." Lastly, this decision includes an amendment to the Gallatin National Forest Land and Resource Management Plan (Forest Plan) (USDA, 1987) that removes programmatic direction relevant to Forest travel. The rationale for this decision can be found in the Record of Decision; Gallatin National Forest Travel Management Plan.

## How to Read and Understand This Document

The Travel Plan includes both programmatic and site-specific decisions. Programmatic decisions establish direction that drives future activities and programs (goals and objectives) and sets sideboards (standards and guidelines) within which future site-specific actions must take place. The site-specific decisions establish the modes of travel allowed on roads, trails and areas across the Forest. Forest-wide programmatic direction is described in Chapter I. Area-specific programmatic direction and the route-by-route decisions on use are described for each travel planning area in Chapter II. Chapter III identifies Forest Plan direction that has been removed through amendment.

### CHAPTER I –Forest-wide Goals, Objectives, Standards and Guidelines

This Chapter describes forest-wide goals, objectives, standards and guidelines adopted as part of the Travel Management Plan. The direction for management of specific travel planning areas and routes described in Chapter II would be consistent with the direction in this Chapter.

**Goals** are statements describing desired results and/or conditions in general terms. No time period for achievement is specified. For example, forest-wide goals related to travel, access and public use would identify the overall types of recreation opportunities and other public uses to accommodate on the Gallatin National Forest road and trail system. **Goals** are also listed for other Forest resources to identify the overriding purpose of more specific objectives, standards and guidelines designed to maintain or improve environmental conditions as they are affected by travel management. The Forest transportation system will be designed and managed in pursuit of these forest-wide goals.

Exhibit L

**Objectives** are statements identifying a measurable target for the planning period (approximately 15 years) designed to move toward achieving goals when current conditions are less than desired conditions.  Objectives identify desired measurable targets for activities, use levels, or quality. Objectives are tied to an overriding goal.

**Standards** are binding limitations placed on management activities, not already covered by law or regulation, that are designed to maintain a specified minimum level of resource protection.  In general, standards establish sideboards within which future road and trail use, construction, reconstruction, maintenance or decommissioning must take place.  These potential management actions cannot depart from meeting a standard unless the Travel Plan is modified.  Forest-wide standards (as opposed to area-specific standards) are those that apply universally over most, if not all of the Forest.  Forest-wide standards are tied to the relevant goal.

**Guidelines** are preferable or advisable limits placed on management activities.  Guidelines are similar to standards except they are non-binding.  Future road and trail uses, construction, reconstruction, maintenance or decommissioning activities can deviate from a guideline without modification of the Travel Plan.  A guideline has been used to direct management activities when there could be variability in specific situations such that a specific threshold (i.e. standard) cannot be identified.

## CHAPTER II –Travel Planning Area Direction

This is the heart of the Travel Management Plan.  It's the section to view when you want to know how a specific area will be managed.  For the purposes of travel planning, the Gallatin Forest was divided into 39 "Travel Planning Areas" (TPA) (Figure I-1), each with their own unique management goals, objectives, standards, guidelines. In the electronic version of this decision, corresponding route-by-route management tables are linked within the travel planning area descriptions or you can click on these separately.

The goals and objectives for a travel planning area have been developed using the same principles as were the goals and objectives for the Forest only they have been tailored to apply to that specific location.  The creation of travel planning areas organizes goals and objectives that take into consideration the unique and varied attributes of specific parts of the Forest.  Terrain, location, the road and trail network, attractions, and other resource concerns were all factors considered in establishing travel management direction.  Travel planning area goals and objectives reflect these considerations.

Similarly, standards and guidelines established for travel planning areas were developed using the same principles as described for forest-wide standards and guidelines in Chapter I.  They set sideboards on future projects and activities in order to ensure protection of resources.  Most of these apply to future proposals for road or trail construction, reconstruction or maintenance. At the travel planning area scale, standards and guidelines have been included due to a unique resource protection need in that area.  More universal protection measures were established as forest-wide standards or guidelines.

There is a black and white map provided with each travel planning area that displays specific routes. This can be used in conjunction with the route tables to gain understanding of how a specific route will be managed.   Some maps also display other "project roads".   Project roads are those that were constructed as access to carry out some project or activity such as timber harvest or mineral exploration and development.   Any route not otherwise designated, whether it be mapped or unmapped, is closed to all public summer motorized use.

Lastly, Travel planning area direction includes tables displaying route-by-route designations for type of use by alternative.   For each road and trail it specifies the types of uses that are to be emphasized (E), allowed (A), or prohibited (P) under each alternative whether it be pleasure driving, backcountry road use, motorcycle use, biking, horseback riding, snowmobiling, hiking and/or skiing[1].   The cells in the tables also identify applicable seasonal restrictions.

**Alternative Maps**

Another means to identify how each route and area will be managed is to view the forest-wide maps of the decision; one for summer motorized uses, one for summer non-motorized uses, and one for winter uses.   These are available on the Gallatin National Forest website, on CD, or can be viewed in hard copy at each of the Gallatin National Forest offices.

## CHAPTER III –Forest Plan Direction to be Removed

The Gallatin Forest Travel Management Plan is designed, in part, to remove outdated and/or poor management direction contained in the Gallatin Forest Plan relative to open road density and travel. This Chapter outlines the specific standards that are no longer applicable should a decision be made selecting an action alternative.

**Glossary**

After Chapter III there is a glossary that defines uncommon words and terms used in travel management planning.

---

[1] The Travel Management Plan decision, documented in the associated Record of Decision, determines whether uses are to be allowed or not on specific routes and then any seasonal restrictions that may apply.  The identification in the tables of whether a use is "emphasized" (E), or "allowed" (A), is provided for information.  It is an indicator of how the Forest Service views the quality of the experience and therefore the priority uses to be considered in the maintenance of the facility.  For example, riding a horse on the Hyalite Road is allowed, but since it's a paved road, that use is not an emphasis for management.  Maintenance activity would be focused on accommodating passenger car travel.

Figure I-1

# Gallatin National Forest
# Travel Planning Areas



# CHAPTER I
# FOREST-WIDE GOALS, OBJECTIVES, STANDARDS, AND GUIDELINES

## Introduction

This Chapter describes the forest-wide goals, objectives, standards and guidelines that are being considered as part of the Travel Management Plan for amendment into the Gallatin National Forest Land and Resource Management Plan (Forest Plan).

## Forest-wide Direction

**GOAL A. Recreation and Public Use.**  Provide for a variety of recreation opportunities on the road and trail system that allows for the enjoyment of the Forest's backcountry, wilderness, rivers, lakes, topography, wildlife, snow and historical assets.

> **OBJ. A-1.  Recreation and Public Use.**   Manage the road and trail system to provide for the following types of recreation use.

**Table I – 1.  Summary of Summer Opportunities by Miles – (all mileages are approximate).**

| Recreation Opportunity | Pleasure Driving | Backcountry Roads (4x4) | ATV | Motorcycle | Mountain Bike (Use Emphasized) | Mountain Bike (Use Allowed) | Pack and Saddle Stock (Use Emphasized) | Pack and Saddle Stock (Use Allowed) | Hiking (Use Emphasized) | Hiking (Use Allowed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles of Road | 402 | 337 | 411 | 17 | 554 | 1,357 | - | - | - | - |
| Miles of Trail | - | - | 143 | 278 | 769 | 397 | 1747 | 347** | 2,004 | 152* |
| Total Miles | 402 | 337 | 554 | 295 | 1,323 | 1,754 | 1747 | 347** | 2,004 | 152* |
|  |  |  |  |  |  |  |  |  |  |  |

*Use for this activity is not prohibited on any trails; use is either emphasized or allowed.
** Use for this activity is prohibited on some trails.

**Table I – 2. Summary of Winter Opportunities in Miles – (all mileages are approximate).**

| Recreation Opportunity | Pleasure Driving (Plowed Road) | Snowmobiling | Cross-country Skiing |
|---|---|---|---|
| Miles of  Plowed Road | 169 | - | - |
| Miles of Groomed Trail | - | 346 | 57 |
| Miles of  Marked Trail | - | 122 | 174 |
| Total Miles | 169 | 468 | 231 |

**OBJ. A-2.  Facilities.**   Backcountry 4x4 roads shall be hardened to prevent resource damage.

**OBJ. A-3.  Wilderness Trails.**   Manage the pristine zones (opportunity class I) in wilderness to preserve the trail-less condition for cross country travel.

**OBJ. A-4.  Wilderness Trails.**   Manage the primitive zones (opportunity class II) in wilderness for a minimum number (low density) of trails on the low end of the development scale.

**OBJ. A-5.  Wilderness Trails.**   Manage the transition zones (opportunity class III) in wilderness for a well developed trail system that facilitates transition into more primitive areas. Trail classes are typically of a higher management class, and may be managed to accommodate a higher volume of use.

**OBJ. A-6.  Backcountry Airstrips.**   Consider proposals to authorize locations for public recreational landing/take-off of backcountry aircraft (airplanes and helicopters).  Landing/take-off locations that are authorized will be constructed and maintained by site users.   Proposals will be processed in accordance with regulations for occupancy and use of National Forest System (NFS) lands.  Use would be regulated by special use authorization.  Backcountry airstrips for public recreational use will not be considered in designated wilderness, the Hyalite/Porcupine-Buffalo Horn Wilderness Study Area, the Cabin Creek Recreation Wildlife Management Area, the Lionhead and Republic Mountain Recommended Wilderness Areas, or within the Grizzly Bear Recovery Zone.

**STANDARD A-7.  Backcountry Air Travel.**  Public recreational aircraft landing/take-off shall not be allowed except at designated and authorized sites.

**STANDARD A-8.  Off-Route Travel.**   Wheeled motorized vehicle travel shall be prohibited off of designated routes with the following exceptions:

-  Wheeled motorized cross-country travel may be allowed in designated firewood gathering areas.
-  Wheeled motorized cross-country travel may be allowed for any military, fire, search and rescue or law enforcement vehicle for emergency operations subject to authorization from a line officer.
-  Wheeled motorized vehicle travel will be allowed to access a campsite within 300 feet of a designated road or trail unless specifically restricted or unless such use would result in damage or unreasonable disturbance to soil, water, wildlife or vegetative resources.
-  Wheeled motorized cross-country travel for lessees and permittees may be allowed but limited to the administration of a federal lease or permit. Authorization by a line officer is required.
-  Wheeled motorized cross-country travel is allowed for Forest Service employees and contractors conducting official authorized business.

- Motorized wheeled cross-country travel may be allowed for other government entities and contractors on official administrative business subject to authorization from a line officer.

**STANDARD A-9.  Trail Vehicles.**   Motorized vehicle use on designated trails shall be limited to the vehicles described below:

**ATV:**  Any motorized, off-highway vehicle 50 inches or less in width, having a dry weight of 600 pounds or less that travels on three or more low-pressure tires with a seat designed to be straddled by the operator.  Low-pressure tires are 6 inches or more in width and designed for use on wheel rim diameters of 12 inches or less, utilizing an operating pressure of 10 pounds per square inch (psi) or less as recommended by the vehicle manufacturer.  [FSH 2309.18(05.5)]

**Motorcycle:**  A motorized vehicle 50 inches or less in width, with two wheels in-line with the direction of travel.  In addition to conventional trail motorcycles, this class of vehicle also includes scooters and mini-bikes.

**Snowmobile:**  A motorized vehicle 50 inches or less in width, designed for use over snow, runs on a track and uses one or more skis for steering.

**STANDARD A-10.  Winter Wheeled Vehicle Restriction.**   All wheeled vehicles shall be prohibited from traveling on groomed or marked snowmobile or ski trails  from December 1st to April 15th annually.

**STANDARD A-11.  Snowmobile Prohibition on Ski Trails.**   Snowmobiles shall be prohibited from traveling on groomed cross-country ski trails unless the machine is being used for authorized grooming activities.

**GUIDELINE A-12.  Implementation.**   Newly designated routes for passenger cars, 4x4's, and ATV's, may remain closed to such uses until the facilities meet applicable engineering design standards.

**GOAL B. Access.**    Provide and maintain reasonable, legal access to Gallatin National Forest lands to provide for human use and enjoyment and to protect and manage Forest resources and values.

**OBJ. B-1. Acquire Perpetual Easements**.  Acquire, across non-National Forest System (NFS) lands, perpetual road and trail easements needed to assure adequate protection, administration and management of National Forest resources and values.

**OBJ. B-2.  Acquire All Rights Needed.**  Acquire all interests and rights needed to meet the objectives and future uses of the National Forest System.

**OBJ. B-3.  Access Locations.**   Obtain and protect public and/or administrative access rights in locations as identified in attached Table I-3.

**Table I-3.  Forest Access Objectives**

| Map Designation-1 | Resolves External Access Needs | Resolves Internal Access Needs | **Table I-3 Forest Access Objectives**<br><br>**Description of Access Needs** |
|---|---|---|---|
|  | | | **AB Wilderness TPA – Absaroka/Beartooth Range** |
| A2 | | YES | Perfect trail access across private in-holdings within the Wilderness near Palmer Mountain.  Includes existing trails:  Low Specimen #84, Pine Creek #627. |
| | | | **Bangtails TPA – Bangtail Range** |
| A3 | | YES | Acquire administrative road access on existing Miles Creek Road #1740 into NFSL section 30 in the Grouse Creek area. |
| A2 A3 | | YES | Acquire administrative road and public trail access across private in-holding in section 4 within the Bangtail Creek area. |
| A2 | | YES | Perfect Trail access across private land for the final constructed location on the Bangtail Divide Trail #504. |
| | | | **Bear Canyon TPA – Gallatin Range** |
| A2 | | YES | Perfect trail and trailhead access across private in-holdings and State DNRC lands.  Includes existing trails:  Bear Loop #440 and the Bear Loop Divide #441. |
| A3 | | YES | Acquire administrative road access from Newman County Road to NFSL on an existing alternate route. |
| A2 | YES | | Acquire trail and trailhead access to the rock climbing area north of I-90 in section 19 near the Trail Creek Exit. |
| A2 | YES | | Acquire trail and trailhead access into NFSL from Trail Creek County Road near I-90.  Connect to Chestnut Mountain Trail #458. |
| A3 | YES | | Acquire administrative road access into the Chestnut Mountain area south of I-90 through private lands in sections 28 and 29 from the Trail Creek County Road. |
| | | | **Big Sky TPA – Madison Range** |
| A2 | | YES | Perfect trail and trailhead access across private lands to NFSL from NFSR #166B.  Includes existing Trail:  North Fork Ridge #403. |
| A2 | | YES | Perfect trail access across private lands in the Beehive Basin area.  Includes portions of existing Trails: North Fork Ridge #403, North Fork Tie #402, and Beehive Basin #40. |
| A2 | | YES | Perfect Trail access across private land for the final constructed location on the First Yellowmule Trail #162 and the Second Yellowmule Trail #42. |
| | | | **Bozeman Creek TPA – Gallatin Range** |
| A2 | | YES | Perfect trail access across City of Bozeman in-holdings.   Includes existing trails:  Bozeman Creek #454, Hood Lick #436. |
| A2 | YES | | Perfect trail access across State DNRC Lands into the New World Gulch area.  Includes existing trails:  New World Gulch #50, Moonshine #438. |
| | | | **Bridger Canyon TPA – Bridger Range** |
| A1 | | YES | Acquire road access from Bridger Bowl parking area south into NFSL section 30. |
| A2 | | YES | Perfect trail access across private in-holdings in the Bridger Bowl area.  Includes existing trail:  #528. |

| Map Designation-1 | Resolves External Access Needs | Resolves Internal Access Needs | Table I-3 Forest Access Objectives<br><br>Description of Access Needs |
|---|---|---|---|
| A2<br>A3 | YES | | Acquire administrative road and public trail access into the southeast corner of the Bridger Mountains near the Pine Creek area. |

### Cherry Creek TPA – Madison Range

| | | | |
|---|---|---|---|
| A2 | YES | | Acquire trail access from the Bear Trap Trail (BLM) across private and State DNRC lands into NFSL in the Bear Trap Creek area. |
| A2 | | YES | Perfect trail access across private checkerboard lands. Includes existing trails: Cherry Creek #401, Cherry Lake #408, Sweden Creek #406, Placer Creek #405, North Fork Spanish Creek #446, Little Hellroaring Creek #400, and Carpenter Creek #317. |
| A3 | YES | YES | Acquire administrative road access to NFSL and across checkerboard private lands. |

### Cooke City TPA – Beartooth Range

| | | | |
|---|---|---|---|
| A1 | | YES | Perfect road access across patented mineral claims. |
| A2 | | YES | Perfect trail access across patented mineral claims. |

### Deer Creeks TPA – Beartooth Range

| | | | |
|---|---|---|---|
| A1 | YES | YES | Provide permanent road access to the NF boundary and across private inholdings in the Cherry Creek area. |

### East Boulder TPA – Beartooth Range

| | | | |
|---|---|---|---|
| A1 | | YES | Resolve access issues on the Dry Fork Road #6645. |
| A2 | | YES | Perfect/Resolve trail access issues across private in-holdings. Includes existing trail: Green Mtn #94. |

### East Crazies TPA – Crazy Mountains

| | | | |
|---|---|---|---|
| A1 | YES | | Acquire road access to the NF boundary in the American Fork area. |
| A1 | YES | YES | Acquire road access to the NF boundary and across checkerboard private in-holdings in the Sweetgrass area. |
| A1 | YES | YES | Acquire road access to the NF boundary and across checkerboard private in-holdings in the Swamp Creek area. |
| A1 | YES | YES | Acquire road access to the NF boundary and across checkerboard private in-holdings in the southeast portion of the Crazies between Big Timber Canyon and Rock Creek. |
| A2 | | YES | Perfect trail access across private in-holdings within Sweetgrass and Big Timber creek drainages. Includes existing trails: East Trunk #115, Sweetgrass #122, Big Timber #119, Sunlight Lake #273, Trespass #268, Middle Fork Sweet Grass #123, Cottonwood Lake #197. |
| A2 | | YES | Acquire Trail access to Rock Lake on Rock Creek North #270 in section 11 and to Smeller Lake on Smeller Lake #220 in section 13. |

### Fairy Lake TPA – Bridger Range

| | | | |
|---|---|---|---|
| A2 | | YES | Acquire snowmobile trail access across section 25. |

### Gallatin Crest TPA – Gallatin Range

| | | | |
|---|---|---|---|
| A2 | | YES | Perfect trail access across private in-holdings along the eastern boundary. Includes existing trails: Pole Gulch #182, Mill Fork Hyalite #190, Horseshoe Basin #241, Eightmile #132, Mud Lake #146, Donahue #183. |

| Map Designation-1 | Resolves External Access Needs | Resolves Internal Access Needs | **Table I-3 Forest Access Objectives**<br><br>**Description of Access Needs** |
|---|---|---|---|
| A3 | YES | YES | Acquire administrative road access to the Forest Boundary in the North Trail Creek Area. Connects with existing Trail:  North Fork Trail Creek #443. |
| **Gallatin River TPA – Gallatin/Madison Ranges** | | | |
| A1 | | YES | Perfect road or trail access on the Dudley Creek Road #2502 to the Wilderness Boundary. |
| A2 | | YES | Perfect trail access across private in-holdings in the Sage Creek and Spring Creek areas. Includes trails: Sage Creek #11 and Skyline #151. |
| A3 | | YES | Acquire administrative road access to NFSL across private in-holdings in the Sage Creek area. |
| **Gallatin Roaded TPA – Gallatin Range** | | | |
| A1 | YES | | Acquire road access to NFSL in the Jack/Ralph Creek Area. |
| **Gardiner Basin TPA – Absaroka Range** | | | |
| A2 | | YES | Perfect trail access across private in-holdings in the area. Includes existing trails: Main Bear Creek #364, Pine Creek #627, Palmer Creek #67, Low Specimen #84, and Crevice Creek #302 in sections 22 and 23 near the Park Line. |
| A1 | | YES | Perfect road access across private in-holdings, including, but not limited to, the Crevice Mountain area. |
| **Hebgen Lake Basin TPA – Henry Mountains** | | | |
| A2 | | YES | Acquire trail access from Highway #287 to Hebgen Lake in the Red Creek area. |
| **Ibex TPA – Crazy Mountains** | | | |
| A1 | YES | YES | Acquire road access to the NF boundary and across checkerboard private in-holdings in the southeast portion of the Crazies between Porcupine Creek and Rock Creek. |
| A2 | | YES | Perfect trail access across private in-holdings in the southwest corner of the Crazies. Includes existing trails: Rock Creek North #270, Cottonwood Lowline #272, Horse Creek Tie #269, Porcupine Lowline #267, Trespass #268, North Fork Elk Creek #195, Shields Lowline #258, and Cottonwood Lake #197. |
| **Hyalite TPA – Gallatin Range** | | | |
| A2 | YES | | Perfect trail access across MSU Lands into the Kirk Hill area. Consider a long-term cooperative agreement (FS/MSU).  Includes existing trails:  New World Gulch #50, Moonshine #438. |
| **Main Boulder TPA - Absaroka/Beartooth Range** | | | |
| A2 | | YES | Perfect/Resolve trail access issues across private in-holdings.  Includes existing trail: Green Mtn #94. |
| A1 | YES | YES | Acquire road access to the NF boundary and across private in-holdings in the Burris Flat area. |
| A2 | | YES | Perfect trail access across private in-holdings in the Grouse Creek area. Includes existing trail:  Grouse Mtn #14. |
| **Mill Creek TPA – Absaroka Range** | | | |
| A1 A2 | YES | | Acquire road or trail access to the NF boundary in the Davis Mountain area. |

| Map Designation-1 | Resolves External Access Needs | Resolves Internal Access Needs | **Table I-3 Forest Access Objectives**<br><br>**Description of Access Needs** |
|---|---|---|---|
| A1<br>A2 | YES | | Acquire road or trail access to the NF boundary in the Strawberry Creek area. |
| A1<br>A2 | | YES | Perfect road access across patented mineral claims in the Emigrant Gulch area. |
| **Mission TPA – Absaroka Range** | | | |
| A2 | | YES | Perfect trail access across private in-holdings in the Davis Creek area. Includes existing trail: Davis Creek #38. |
| **North Bridgers TPA – Bridger Range** | | | |
| A2 | | YES | Perfect trail access across checkerboard private in-holdings in the North Bridger and Elkhorn Ridge areas.  Includes portions of existing trails:  Miller Gulch #520, Troy Creek #521, South Fork Sixteenmile #524, Elkhorn Ridge #522, and Horsethief Mtn #523. |
| A3 | YES | YES | Acquire administrative road access to the NF boundary and across checkerboard private in-holdings throughout the area. |
| **Porcupine/Buffalo Horn TPA – Gallatin Range** | | | |
| A2 | | YES | Perfect trail access across State FW&P lands in the lower Porcupine area.  Includes existing trails:  Hidden Lake Divide #66, Porcupine Creek #34, and First Creek Cutoff #466. |
| A2 | | YES | Perfect trail access across State FW&P checkerboard lands in the upper Buffalo Horn Creek, upper Elkhorn Creek, and upper Teepee Creek areas.  Includes existing Trails: Ramshorn Lake #160, Upper Ramshorn Lake #150, Buffalo Horn #1, Daly Creek #100, Daly Pass #57, Teepee Creek #39, Crown Butte #95, and Wilson Draw #161. |
| **Sawtooth TPA – Gallatin Range** | | | |
| A2 | YES | | Acquire easements for Sawtooth Trail #297 and trailhead through State DNRC Lands. |
| **Taylor Fork TPA – Madison Range** | | | |
| A2 | | YES | Perfect trail access across private in-holding in the Upper Taylor Fork area in section 17. Includes existing Trail:  Taylor Falls #17. |
| A2 | | YES | Perfect trail access across private in-holdings in the Buck Creek area in section 24. Includes existing Trail: Cinnamon Buck #6. |
| A3 | | YES | Acquire administrative road access across section 25 in the upper Wapiti area. |
| **Tom Miner/Rock TPA – Gallatin Range** | | | |
| A1 | YES | YES | Acquire road access across private checkerboard in-holdings in the Tom Miner area. |
| A2 | | YES | Perfect additional trail access across private in-holdings in the Donahue Creek area. Includes existing Trail: Donahue #183 (south end). |
| A2 | | YES | Acquire trail access across private check-board lands in the Donahue Creek area into NFSL section 2. |
| A3 | YES | YES | Acquire administrative road access across private in-holdings in the Donahue Creek area. |
| **West Bridgers North TPA – Bridger Range** | | | |
| A2 | YES | | Acquire trail and trailhead access to the NF boundary in the Ross Creek area. |
| A2 | YES | | Acquire trail and trailhead access to the NF boundary in the North Cottonwood area to North Cottonwood Trail #545. |

| Map Designation-1 | Resolves External Access Needs | Resolves Internal Access Needs | **Table I-3 Forest Access Objectives**<br><br>**Description of Access Needs** |
|---|---|---|---|
| West Bridgers South TPA – Bridger Range | | | |
| A2 | YES | | Perfect trail and trailhead access across USFWS lands near the "M". Includes portions of existing Trails: Bridger Foothills #534 and Bridger Ridge #512. |
| A2 | YES | | Acquire trail and trailhead access to the NF boundary through the Bostwick Canyon area to the Bostwick Canyon Trail #536. |
| Yankee Jim Canyon TPA – Absaroka/Gallatin Ranges | | | |
| A3 | | YES | Acquire administrative road access from Highway 89 to the NFSL in the Corwin Springs area. |
| A2 | | YES | Acquire a trail access or interconnected NFSL along the Mulherin/Cinnabar Ridge. |
| A2 | | YES | Acquire a trail and trailhead access between Mulherin County Road and Aldridge Lake. |
| A1 | | YES | Protect/Perfect road access to Aldridge Lake from the east starting from the Yellowstone Trail South County Road. |
| A3 | | YES | Acquire administrative road access through section 13 south of Cutler Lake. |
| A2 | | YES | Acquire a trail access or interconnected NFSL between the end of the Beattie Gulch Trail #302 to NFSL near Pipeline Creek in section 22. |
| A1 | | YES | Acquire administrative road and public road or trail/trailhead access across private in-holdings in Cinnabar Basin Area. |
| A3 | | YES | Acquire administrative road access to and across private in-holdings in the Reeder Creek Area from either Tom Miner Road or the Cinnabar Basin Area. |
| A2 | | YES | Acquire road and perfect trail access across private lands in the Mulherin Area. Includes Road & TH and Trail: Mulherin #175. |
| Yellowstone TPA – Gallatin Range | | | |
| A1 | YES | | Acquire road access to the NF Boundary and across private checkerboard in-holdings in the South Dry Creek/Mill Fork Creek area. |
| A1 | YES | YES | Acquire road access to the NF Boundary and across private checkerboard in-holdings in the Pole Gulch, Tie Gulch, and Fridley Creek areas. |
| A1 | YES | | Acquire easement on North Dry Road #2613 across MT DNRC Lands in the North Dry area. |
| A2 | | YES | Perfect trail access across private checkerboard in-holdings throughout area. Includes existing trails: Pole Gulch #182, Fridley Lake #240, Mud Lake #146, Pole Gulch #182, Eightmile #132. |

Note 1:   A1 = Additional Public/Administrative Road Access Needed
          A2 = Additional Public Trail and Trailhead Access Needed
          A3 = Additional Administrative Access Only Needed



**GUIDELINE. B-4.  Mutual Transportation Systems.**   When there is a recognized need to provide access to intermingled NFS and private lands, cooperate with other landowners to develop a transportation system that serves mutual needs.

**GUIDELINE. B-5.  Protect Existing Access Rights.**   In situations where continued use of an historical road or trail access route is challenged or closed, take actions necessary to protect the existing access rights to NFS lands, and to protect the jurisdictional status of roads and trails in cooperation with area counties.

**GUIDELINE. B-6.  Reciprocity.**   In evaluating requests from a landowner for reasonable access across National Forest System lands, and especially in areas where public or administrative access needs exist (Table I-3), consider granting such request contingent upon receiving reciprocal access across the private land.

**GUIDELINE. B-7.  Acquire Assignable Rights.**   When acquiring road rights-of-way across non-federal lands to access NFS lands, acquire sufficient interests in rights-of-way for roads that are expected to receive residential traffic to enable the future assignment of jurisdiction to an appropriate public road agency.

**GUIDELINE. B-8.  Temporary Rights.**   In situations where road access is needed across private land to accomplish management actions on NFS lands, acquire easements that are permanent.  Consider the use of temporary agreements, such as permits or rental agreements, for immediate, temporary, or limited access only when it can be demonstrated that full and permanent use is not needed.

**GUIDELINE. B-9.  Restrictive Rights.**   In situations where road access is needed across private land to NFS lands, acquire easements that provide for full multiple use, including use by the public.  Administrative-only or other restricted use easement to NFS lands should not be accepted unless adequate public and administrative access already exists in the area.  In general, adequate access exists when: (a) Public and administrative access to the NFS lands in the area is similar to that of the private landowner, and (b) The Forest Service has adequate means of access to manage NFS lands and resources now and in the future.

**GOAL C. Administrative Uses.**   Retain or establish the means to access Gallatin National Forest lands for the implementation of a variety of administrative and project activities, including but not limited to, law enforcement, timber harvest, reforestation, cultural treatments, prescribed fire, fire suppression, watershed restoration, wildlife and fish habitat improvement, private land access, livestock grazing, and mineral exploration and development.

**OBJ. C-1.  Administrative Uses.**   Allow for the construction, opening, and/or reconstruction of roads and trails for administrative and project purposes consistent with future decisions made on such proposals in accordance with the National Environmental Policy Act.

**GOAL D. Resources (General).**   Manage a system of roads and trails and associated use that is consistent with Forest Plan goals for water quality; wildlife habitat; fish habitat; threatened and endangered species recovery; and historical resources (Note:  Until Forest Plan revision refer to Forest Plan (9/87), pages II-1, II-2, and Amendment 19).

   **OBJ. D-1.   Road Rehabilitation.**   Close and rehabilitate existing roads that are in excess to administrative, recreation and access needs.

   **OBJ. D-2.  Trail Rehabilitation.**   Close and rehabilitate existing non-system trail not otherwise designated for public travel.

   **OBJ. D-3.  Road and Trail Maintenance.**   Develop and maintain a road and trail system to be consistent with Goal D.

   **STANDARD D-4.   Hunting Access for People with Disabilities.**   Motorized use by people with disabilities for hunting shall be restricted to those routes designated for public motorized use with the exception that it may also be permitted on administrative or restricted roads by authority of the responsible line officer.

   **STANDARD D-5.   Project Roads.**   Existing roads that were constructed for project use and not designated for motorized use via the Forest Travel Plan are to remain closed to public (wheeled) motorized use.

   **STANDARD D-6.  Wildlife.**   There shall be no increase in public motorized routes within any travel planning area beyond those identified through this Travel Management Plan (Plan) without modifying the Plan in accordance with NEPA.

   **GUIDELINE D-7.  Road Construction.** Roads constructed for project activity should be designed with minimum engineering standards necessary to accomplish the task safely and with minimal impacts to resources.  Project roads should be temporary in nature, and effectively gated to restrict public motorized use*.*  Once the activity is complete, these roads should be permanently and effectively closed and re-vegetated.

**GOAL E. Water Quality, Riparian, Fisheries and Aquatic Life.**   Manage a road and trail system that fully supports the protection of water quality, and habitat for fish, riparian dependent species and other aquatic organisms.

   **OBJ.   E-1. Fisheries.**   For streams supporting westslope and Yellowstone cutthroat trout or blue ribbon fisheries (Category A), maintain or progress toward providing habitat that is 90% or greater of its inherent habitat capability or reference condition.  See travel management area direction for specific objectives.

   **OBJ. E-2. Fisheries.**   For all other streams (Category B through D), maintain or progress toward providing habitat that is 75% or greater of its inherent habitat capability or reference condition.   See travel management area direction for specific objectives.

**OBJ. E-3. Fisheries.** Bring existing stream crossings to a condition that allows for passage of aquatic organisms, except where passage restriction is desired to isolate genetically pure cutthroat trout populations from exposure to hybridization or competition by non-native salmonids.

**STANDARD E-4. Water, Fisheries, and Aquatic Life.** Proposals for road and trail construction, reconstruction, maintenance, and other ground disturbing projects (timber sales, fuel treatment projects, mineral activities, etc.) will be designed to not exceed annual sediment delivery levels in excess of those in Table I-4. Sixth-code Hydrologic Unit Codes (HUCs) are the analysis unit for sediment delivery (and other habitat parameters), except where a sixth code HUC artificially bisects a watershed and is therefore inadequate for analysis of impacts to aquatic habitat and aquatic organism metapopulations. In such cases, appropriate larger units will be analyzed (e.g. 5th code HUCs). Within the analysis unit, sediment delivery values in Table I-4 will serve as guidelines; however, sediment delivery values denoted in individual 7th code HUCs may only temporarily exceed sediment delivery rates denoted in Table I-4, in the following circumstances:

1. The 7th code HUC does not contain a fragmented **fish population of special management designation**;

2. The majority of 7th code HUCs in the analysis unit remain within sediment delivery values listed in Table I-4;

3. Other core stream habitat (e.g. pool frequency, pool quality) or biotic (e.g. macroinvertebrates, fish populations) parameters within the 7th code HUC do not indicate impairment as defined by Montana Department of Environmental Quality (MDEQ); and

4. Sediment delivery levels will return to values listed in Table I-4 within 5 years of project completion, and thereby do not lead to stream impairment as defined by Montana Department of Environmental Quality (MDEQ).

**Table I-4. Substrate sediment and sediment delivery by Forest stream category. Bold values are provisional pending final analysis of Forest reference data.**

| Category | Management Objective (% of reference*) | % Fine Substrate Sediment (<6.3mm) | Annual % > Reference* Sediment Delivery |
|---|---|---|---|
| A Sensitive Species and/or Blue Ribbon fisheries | 90% | **0 – 26 %** | **30%** |
| B All other streams (formerly Classes B, C, D) | 75% | **0 – 30 %** | **50%** |

*% of reference = % similarity to mean reference condition

**STANDARD E-5.  Water, Fisheries and Aquatic Life.**   Proposed roads and trails shall not be located in the floodplains of rivers and streams or in wetlands except where necessary to cross a stream or wetland with appropriate permits.

**STANDARD E-6.  Water, Fisheries and Aquatic Life.**  Stream crossing facilities for proposed roads and trails shall allow for passage of aquatic organisms, except where passage restriction is desired to isolate genetically pure cutthroat trout populations from exposure to hybridization or competition by non-native salmonids.

**GUIDELINE E-7.  Water, Fisheries, and Aquatic Life.**  Road materials should not be side-cast into streams or wetlands.

**GOAL F. Wildlife Corridors.**   Provide for wildlife movement and genetic interaction (particularly for wide-ranging species) between and within mountain ranges throughout the Gallatin National Forest and connecting wild lands.

**OBJ. F-1.   Wildlife Corridors.**   Provide habitat connectivity consistent with wildlife movement patterns between mountain ranges such as that at Bozeman Pass (linking the Gallatin Range to the Bridger/Bangtails); the North Bridgers (linking the Bridger Range to the Big Belt Mountains); the Lionhead area (linking the Henry's Lake Mountains to the Gravelly Mountains); the Shields (Crazy Mountains to the Castle and Little Belt Mountains) and any additional linkage or wildlife movement corridors recognized through interagency coordination.

**GOAL G. Threatened, Endangered and Species of Special Management Designation.** Manage human use of the Forest road and trail system that allows for the recovery of threatened and endangered species and maintains species of special management designation and their habitats.

**OBJ. G-1.  Grizzly Bear.**   Provide effective closures on access routes not designated for motorized use.  Grizzly bear subunits Gallatin #3, Henry's Lake #2 and Madison #2 and non-designated routes that are attractive to motorized use within secure grizzly bear habitat should receive high priority.

**GUIDELINE G-2.  Species of Special Management Designation.**  Any proposed motorized routes, whether to serve public or administrative needs, should be located to avoid or mitigate for known occupied habitat such as nesting, denning, roosting or key foraging areas for species of special management designation. Mitigation measures may include, but are not limited to:  altering route design, timing/volume of use restrictions, temporal and spatial buffers, and/or route/area closures in similar habitat within the home range of the species of concern for the duration of use of the newly designated route.

**GUIDELINE G-3.  Threatened and Endangered Species.**  Consider applying temporary localized restrictions to prevent conflicts with threatened and endangered species.

**GOAL H. Wildlife.**   Protect key habitats such as willow, riparian, wetlands, whitebark pine, old growth, snags and down woody debris, ridgelines, saddles, and forest/non-forest ecotones from damage or depletion associated with forest travel management.

> **OBJECTIVE H-1.  Wildlife.**  Relocate, reconstruct or take other appropriate action on system roads and trails that are found to have adverse impacts on key habitats.

> **GUIDELINE H-2.  Wildlife.**  Roads or trails that are constructed for motor vehicle use should be located such that construction and use do not result in adverse impacts to key habitats, or should be designed so as to mitigate for adverse effects in areas where impacts to key habitats cannot be avoided via the route location.

> **GUIDELINE H-3.  Wildlife.**  Adverse impacts to key habitats will be a priority factor in the scheduling of closure for project roads and undesignated routes.

**GOAL I.  Wildlife.**   Provide high quality security habitat in areas important to wildlife reproduction (e.g. calving, fawning, denning and nesting habitat) and wintering areas, including ungulate winter range.

> **GUIDELINE I-1. Wildlife.**   Minimize stress factors from human recreation use to species of management concern during calving, fawning, denning and nesting seasons in habitats used for reproduction.

> **GUIDELINE I-2.  Wildlife.**   In the management of winter travel consider Montana FWP goals for achieving optimal ungulate survival rates on big game winter range.

**GOAL J: Wilderness.**   Preserve the natural integrity of the Lee Metcalf and Absaroka-Beartooth Wilderness Areas.

> **STANDARD J-1.**   No system trails will be constructed within Limits of Acceptable Change   (LAC) pristine zones (opportunity class I) for the Lee Metcalf and Absaroka Beartooth. Bridges and structures are not permissible. No trail signing.

> **GUIDELINE J-2.**   System trails located within the LAC primitive zones (opportunity class II) will not be developed or managed beyond trail classes 1 through 3. Bridges and structures will be appropriately designed for the trail management objective for that route where necessary to provide safe crossings during the primary use season.

> **GUIDELINE J-3.**   System trails located within the LAC transition zones (opportunity class III) will be managed to trail class 2 or 3, with the occasional exception of trail class 4 for short sections where necessary to safely accommodate anticipated use. Bridges and structures will be appropriately designed for the trail management objective for that route where necessary to provide safe crossings during the primary use season.

# CHAPTER II
# TRAVEL PLANNING AREA DIRECTION

## Introduction

This chapter provides information on how travel will be managed within each Travel Planning Area. A "Travel Planning Area" (TPA) is a subunit of the Forest with specific travel features and unique travel management goals and objectives. The Gallatin National Forest is divided into 39 TPAs as displayed on Map II-1. Direction for these areas include the following:

## Travel Planning Area Goals, Objectives, Standards and Guidelines.

For each Travel Planning Area there is a unique set of goals, objectives, standards and guidelines. Goals and objectives serve the same purpose as they do Forest-wide except that they are tailored to apply to specific locations. Goals and objectives set desired end results and measurable targets to be achieved with travel management activities within the Travel Planning Area.

Similarly, standards and guidelines included for Travel Planning Areas serve the same purpose as forest-wide standards and guidelines, but again they are unique to that area. Standards and guidelines set sideboards on future projects and activities related to travel in order to insure protection of various resources. At the Travel Planning Area scale, standards and/or guidelines are responsive to a unique resource protection need in that area.

## Designation of the Modes of Travel Permissible and Managed For In Specific Areas and on Specific Roads and Trails of the Gallatin National Forest.

This section, along with the three forest-wide maps of the decision, regulates the means of public travel across the Gallatin National Forest, including travel that occurs on specific roads and trails. The Travel Planning Area direction discussed in this Chapter includes a map of the road and trail system within it and a table that specifically describes how each route will be managed. Travel Planning Area direction also includes area and seasonal restrictions on snowmobiles. This Chapter summarizes the amount of restriction proposed by alternative but does not display the location of these closures. Please refer to the Winter Use Final Decision Map.

### Seasonal Restrictions

The route tables included with each travel planning area section also identify the seasonal restrictions that apply to various uses.



Figure II-1 – Gallatin National Forest TPA

# East Crazies Travel Planning Area

## A.  Travel Area Goals, Objectives, Standards and Guidelines

**GOAL 1:  Summer Recreation Use.**  Provide a summer recreation opportunity emphasizing non-motorized hiking and horseback riding and allowing some motorcycle use.

> **OBJ. 1-1:**  Achieve the summer recreation opportunities identified in GOAL 1 through the route-by-route management decisions made through this Travel Plan.  Any future proposals to change the uses specified should be done in consideration of the targeted recreation setting to be provided [see the "Recreation Opportunity Spectrum" (ROS) map for summer uses (October, 2006)] which is hereby incorporated by reference.

> **OBJ. 1-2:**  Acquire public roaded access to National Forest land in Sweetgrass Creek and Swamp Creek.  Acquire public trail access in other portions of the Travel Planning Area.

**GOAL 2:  Winter Recreation Use.**  There is no winter recreation use opportunity goal for this Travel Planning Area.

**GOAL 3:  Fisheries.**  Provide habitat for Yellowstone cutthroat trout in the South Fork of Big Timber Creek, South Fork Little Timber Creek and in Big Timber Creek upstream from the Upper Big Timber Falls.

> In this Travel Planning Area, this goal is pursued through application of Forest-wide standards.

## B.  Alternative Route-By-Route Management

See attached table.

**This page left blank intentionally.**



EAST CRAZIES

## East Crazies Travel Area

| ROAD/TRAIL plus comments | Passenger Car | High Clearance | ATV | Motorcycles | MtnBike | Stock | Hiking | Snowmobiles | X-C Snowshoe |
|---|---|---|---|---|---|---|---|---|---|
| **BIG TIMBER CREEK ROAD #197**<br>Includes Road #197A to old Admin Site. | E<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **SMELLER LAKE TRAIL #220** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>Closed<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **ROCK CREEK NORTH TRAIL #270 - Seg 1**<br>From trailhead to Smeller Creek Trail #270 junction. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>CLOSED<br>Oct 15 - Jun 15 | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>Closed<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **ROCK CREEK NORTH TRAIL #270 - Seg 2**<br>From Smeller Lake Trail #270 junction to the center of Section 18. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>CLOSED<br>Oct 15 - Jun 15 | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>Closed<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **ROCK CREEK NORTH TRAIL #270 - Seg 3**<br>Center of Section 18 to Private Land near Rock Lake. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>CLOSED<br>Oct 15 - Jun 15 | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>Closed<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **COTTONWOOD LAKE TRAIL #197 - Seg 1**<br>From trailhead to just before the private land near the end of the road. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>Oct 15 - Jun 15 | E<br>Oct 15 - Jun 15 | E<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **COTTONWOOD LAKE TRAIL #197 - Seg 2**<br>From just before the private land near the end of the road to Cottonwood Lake. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **SWAMP LAKE TRAIL #43** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **EAST TRUNK TRAIL #115** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **SUNLIGHT RIDGE TRAIL #260**<br>Refer to Shields TPA for Sunlight Ridge #260 description. | | | | | | | | | |
| **SOUTH FORK SHIELDS TRAIL #265** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **S. FORK AMERICAN FORK TRAIL #125** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **BLUE LAKE TRAIL #118** | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |
| **All other Trails**<br>Includes Trails #119, #122, #273, #123. | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | P<br>CLOSED<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | E<br>No Restrictions<br>YEARLONG | P<br>CLOSED<br>YEARLONG | A<br>No Restrictions<br>YEARLONG |

**E** = The use is emphasized.   **A** = The use is allowed or accepted, but not actively managed for.   **P** = The use is prohibited.

# Ibex Travel Planning Area

## A.  Travel Area Goals, Objectives, Standards and Guidelines

**GOAL 1:  Summer Recreation Use.**  Provide opportunities for summer recreation use that include hiking, mountain biking, and motorcycle use.

>   **OBJ. 1-1:**  Achieve the summer recreation opportunities identified in GOAL 1 through the route-by-route management decisions made through this Travel Plan.  Any future proposals to change the uses specified should be done in consideration of the targeted recreation setting to be provided [see the "Recreation Opportunity Spectrum" (ROS) map for summer uses (October, 2006)] which is hereby incorporated by reference.

>   **OBJ. 1-2:**  Secure easements through private land on roads and trails designated for public use.

>   **OBJ. 1-3:**  Provide additional public access to National Forest land between Porcupine cabin and the Middle Fork Rock Creek.

**GOAL 2:  Winter Recreation Use.**  Provide opportunities for winter recreation use, emphasizing cross-country skiing and snowshoeing.

>   **OBJ. 2-1:**  Achieve the winter recreation opportunities identified in GOAL 2 through the marked and groomed route management decisions made through this Travel Plan along with decisions made on the area available to snowmobiles.  Any future proposals to change the uses specified should be done in consideration of the targeted recreation setting to be provided [see the "Recreation Opportunity Spectrum" (ROS) map for winter uses (October, 2006)] which is hereby incorporated by reference.

**GOAL 3:  Fisheries.**  Provide habitat for Yellowstone cutthroat trout in Cottonwood Creek and the Middle and North Forks of Horse Creek.

>   In this Travel Planning Area, this goal is pursued through application of Forest-wide standards.

## B.  Alternative Route-By-Route Management

See attached table.

**This page left blank intentionally.**



## Ibex Travel Area

| ROAD/TRAIL plus comments | Passenger Car | High Clearance | ATV | Motorcycles | MtnBike | Stock | Hiking | Snowmobiles | X-C Snowshoe |
|---|---|---|---|---|---|---|---|---|---|
| **COTTONWOOD CR ROAD #198 - Seg 1** From the end of the County road to the end of the winter plowing. | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | P No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **COTTONWOOD CR ROAD #198 - Seg 2** From the end of the winter plowing to the trailhead | A Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | A Closed Jan 1 - May 15 | A Closed Jan 1 - May 15 | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **IBEX ROAD #2510** | E Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG |
| **IBEX A-SPUR ROAD #2510A** | A Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | E Closed Jan 1 - May 15 | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **NORTH PORCUPINE ROAD #203** From end of County to Guard Station. | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **NORTH FORK ELK CREEK TRAIL #195** | P CLOSED YEARLONG | P CLOSED YEARLONG | P Closed YEARLONG | P CLOSED YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | P Closed YEARLONG | E No Restrictions YEARLONG |
| **COTTONWOOD LAKE TRAIL #197** Refer to the Shields TPA. | | | | | | | | | |
| **SHIELDS LOW LINE TRAIL #258** Refer to the Shields TPA. | | | | | | | | | |
| **SOUTH FORK SHIELDS TRAIL #265** Refer to the Shields TPA. | | | | | | | | | |
| **SUNLIGHT RIDGE TRAIL #260** Refer to the Shields TPA. | | | | | | | | | |
| **PORCUPINE LOWLINE TRAIL #267** | P CLOSED YEARLONG | P CLOSED YEARLONG | P Closed YEARLONG | E Closed Sep 15 - Jun 15 | E No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | P Closed YEARLONG | E No Restrictions YEARLONG |
| **TRESPASS TRAIL #268 - Seg 1** Segment 1 from the Cottonwood Lake Trail junction to the south edge of private Section 25. | P CLOSED YEARLONG | P CLOSED YEARLONG | P CLOSED YEARLONG | P CLOSED YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **TRESPASS TRAIL #268 - Seg 2** Segment from the south line of private Section 25 to the divide. | P CLOSED YEARLONG | P CLOSED YEARLONG | P Closed YEARLONG | P CLOSED YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG |

**E** = The use is emphasized.   **A** = The use is allowed or accepted, but not actively managed for.   **P** = The use is prohibited.

## Ibex Travel Area

| ROAD/TRAIL plus comments | Passenger Car | High Clearance | ATV | Motorcycles | MtnBike | Stock | Hiking | Snowmobiles | X-C Snowshoe |
|---|---|---|---|---|---|---|---|---|---|
| **HORSE CREEK TIE TRAIL #269** | P CLOSED YEARLONG | P CLOSED YEARLONG | P CLOSED YEARLONG | E Closed Sep 15 - Jun 15 | E No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **IBEX TRAIL #271** | P CLOSED YEARLONG | P CLOSED YEARLONG | E Oct 15 - Jun 15 | E CLOSED Oct 15 - Jun 15 | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG |
| **COTTONWOOD LOWLINE TRAIL #272** | P CLOSED YEARLONG | P CLOSED YEARLONG | P CLOSED YEARLONG | P CLOSED YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | E No Restrictions YEARLONG | A No Restrictions YEARLONG | A No Restrictions YEARLONG |

**E** = The use is emphasized.   **A** = The use is allowed or accepted, but not actively managed for.   **P** = The use is prohibited.

# CHAPTER III

# Amendment of the Gallatin Forest Plan

*The Gallatin National Forest Land and Resource Management Plan (Forest Plan), 9/87, is amended to remove the following management direction:*

**1.  Forest-wide standard 6.a.2., page II-17 which states:**

"The recommendations and guidelines found in the publication:  "Coordinating Elk and Timber Management", Final Report of the Montana Cooperative Elk-Logging Study, 1970-1985 will be used in evaluating the quality of elk habitat and formulating prescriptions for timber sales and road development projects."

**2.  Forest-wide standard 6.a.4., page II-18 which states:**

"The 1982 Elk Logging Study Annual Report contains procedures for analyzing elk habitat security as it is affected by timber harvest and road construction activities.  An "elk effective cover" analysis based on this report will be conducted for timber sales and effective cover ratings of at least 70 percent will be maintained during general hunting season."

**3.  Forest-wide standard 11.a.4., page II-24 which states:**

"Access and transportation systems for minerals development will be coordinated during the preparation of the resource area analysis for that area."

**4.  Forest-wide standard 12.b.1., page II-26 which states:**

"Road and trail rights-of-way will be acquired across non-National Forest lands to assure adequate protection, administration, and utilization of National Forest resources.  Areas where access is needed to meet the objectives of the Forest Plan including public access are identified on the Management Area Map."

**5.  Forest-wide standard 12.b.2., page II-26 which states:**

"The Forest will cooperate with other landowners in developing roads or road systems which serve mutual needs."

**6.  Forest-wide standard 12.b.3., page II-26 which states:**

"A satisfactory jurisdictional status for roads on National Forest and other public land will be sought in cooperation with appropriate authorities."

**7.   Forest-wide standard 12.b.4., page II-26 which states:**

"Define National Forest interest on all existing system roads and trails and acquire necessary additional interests, as needed, to meet management objectives."

**8.   Forest-wide standard 12.b.5., page II-27 which states:**

"Rights-of-way across National Forest lands will be granted in situations involving a statutory right of access, subject to compliance with applicable rules and regulations of the Secretary of Agriculture."

**9.   Forest-wide standard 13.1., page II-27 which states:**

"Analysis for transportation needs will be integrated into resource area analysis and will be completed prior to transportation project work."

**10. Forest-wide standard 13.2., page II-27 which states:**

"Road and trail management will be determined as part of area transportation analysis and will be based on management area needs, such as recreation access, wildlife security, soil protection, economics, and protection of the investment.  The Forest Travel Map will display road, trail, and area restrictions.  See Executive Order 11644."

**11. Forest-wide standard 13.3., page II-27 which states:**

"Road and trail use may be restricted to meet management needs."

**12. Forest-wide standard 13.4., page II-27 which states:**

"Roads and trails will be designed to standards that meet resource management objectives."

**13. Forest-wide standard 13.5., page II-27 which states:**

"The Hyalite road will be reconstructed and maintained to provide for recreation and timber management and public safety."

**14. Forest-wide standard 13.6., page II-27 which states:**

"Areas now under cost-share agreement may be modified or new agreement areas created if analysis shows the action will be economically advantageous to the government, consistent with the management area goals, and in the public's interest."

**15. Forest-wide standard 13.7., page II-27 which states:**

"Roads and trails that have been disrupted by management activities and are required for continued use will be restored to serviceable condition prior to completion of the project."

**16. Forest-wide standard 13.8., page II-27 which states:**

"Noxious weeds along roads and trails will be treated."

**17. Forest-wide standard 13.9., page II-28 which states:**

"Existing roads and trails will be maintained consistent with management area goals."

**18. Forest-wide standard 16.e., page II-29, pertaining to eligible Wild and Scenic River segments which states:**

"Paralleling roads or railroads can be constructed and maintained on one or both river banks. Access roads leading to the river and bridges across the river may be constructed."

**19. Forest-wide standard 16.h., page II-28, pertaining to eligible Wild and Scenic River segments which states:**

"Motorized travel on land or water may be permitted, prohibited or restricted.  Controls will usually be similar to surrounding lands and waters."

**20. Management Area 1 standards on page III-2 and III-3 which state:**

"Maintain existing recreation opportunities consistent with the rural and urban recreation opportunity spectrum classes."

"Design, construct, reconstruct, and maintain trail consistent with management area goals."

**21. Management Area 2 standards on page III-4 and III-5 which state:**

"Recreation Opportunity Spectrum classes are rural and urban."

"Design, construct, reconstruct, and maintain roads and trails consistent with management area goals."

**22. Management Area 3 standards on page III-6 and III-7 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized or semi-primitive non-motorized."

"Roads will not be constructed for surface management, except to provide public access. Allow roads for private land access, special use mineral activity, or to provide access to other management areas if the soil and water values can be protected."

"The Forest Service investment in road and trail maintenance will be at a minimal level necessary to protect the investment and provide for soil and water protection and user safety."

**23. Management Area 3a standards on page III-8 which state:**

"Recreation Opportunity Spectrum classes and semi-primitive motorized and semi-primitive non-motorized."

"No road or trail construction will occur."

"Existing trails may be closed and reseeded or relocated."

**24. Management Area 5 standards on page III-14 and III-16 which state:**

"Manage these areas to provide roaded recreation opportunities in a natural appearing forest setting.  The Recreation Opportunity Spectrum classes are roaded natural appearing and roaded modified."

"Design, construct, reconstruct, and maintain roads and trails consistent with management area goals and traffic demands."

"Coordinate with other agencies to improve roads under their jurisdiction to achieve the goals of this management area."

**25. Management Area 6 standards on page III-17 and III-18 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized or semi-primitive non-motorized."

"Develop trails and end-of-road facilities to provide access and disperse use throughout the area."

"Conflicting recreational uses such as hiking, trail biking, horse riding, snowmobiling, and skiing may be separated or restricted in some areas."

"Identify opportunities and restrictions on the Forest Travel Map."

"Roads will not be constructed for surface management purposes, except to provide public access.  Allow roads for private land access, special use mineral activity, or to provide access to other management areas."

**26. Management Area 7 standards on page III-19 and III-20 which state:**

"All recreation opportunity spectrum classes are included in this management area."

"Restrict off-road vehicle use, except snowmobiles, to roads and trails."

"Locate roads and trails outside of riparian areas where possible. Minimize amount of material from road and trail construction wasted into riparian areas. Follow best management practices that apply to road construction."

"Design road drainage to minimize the entry of sediment into streams. Road design will also provide for low risk of drainage failure and mass failure."

"Minimize the number of stream crossings. Locate and design approaches to stream crossings to minimize damage to the riparian area. Design all crossings located in fishery streams to allow for upstream fish passage."

"Avoid channel realignment where possible."

"Minimize short-term sedimentation during bridge or culvert installation."

**27. Management Area 8 standards on page III-24 and III-25 which state:**

"Recreation Opportunity Spectrum classes are roaded natural appearing and roaded modified."

"Local roads and some collector roads will be closed as needed to protect the road surface, reduce maintenance costs, and protect other resources."

**28. Management Area 9 standards on page III-27 and III-28 which state:**

"Recreation Opportunity Spectrum class is roaded natural appearing."

"Manage roads for dispersed recreation and to protect other resources."

"Dispersed recreation opportunities will be provided with moderate levels of investment in trail and recreational road maintenance, trailhead facilities, and in the event of disruption from timber harvest activities, trail relocation."

"Trailhead facilities will be installed as necessary to disperse use throughout the area."

"Identify opportunities and restrictions on the Forest Travel Map."

"Design, construct, reconstruct, and maintain roads and trails consistent with management area goals."

"Maintain the trail system to enhance dispersed recreation."

"Provide trailhead facilities."

**29. Management Area 10 standards on page III-30 and III-31 which state:**

"Recreation Opportunity Spectrum classes are roaded natural appearing and roaded modified."

"Dispersed recreation opportunities will be provided with moderate levels of investment in trail and recreational road maintenance, trailhead facilities, and in the event of disruption from timber harvest activities, trail relocation.   Management activities will be oriented toward reducing the impacts associated with recreation activities on other resource values, including protection of soil and water quality."

"Design, construct, reconstruct, and maintain roads and trails consistent with management area goals."

**30. Management Area 11 standards on page III-33 and III-35 which state:**

"Recreation Opportunity Spectrum classes are roaded natural appearing and roaded modified."

"A variety of dispersed recreation activities are compatible with the management area goals. Winter recreation activities will not be allowed on important winter range when they disrupt big game use."

"Trailhead facilities will be installed as necessary to disperse use throughout the area."

"Locate roads and trails to avoid important wildlife areas such as wallows, licks, calving, and fawning areas."

"Implement road use restrictions to achieve an elk habitat effectiveness level of at least 60% or a specified elk hunter opportunity objective."

**31. Management Area 12 standards on page III-37 and III-38 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized and semi-primitive non-motorized."

"A variety of dispersed recreation activities are compatible with the management area goals."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private land access, special use mineral activity, or to provide access to other management areas."

"Locate roads and trails to avoid important wildlife areas such as wallows, licks, calving, and fawning areas."

"Manage roads and trails to provide for dispersed recreation activities consistent with wildlife goals."

"Construct trailhead facilities to enhance recreation opportunities."

**32. Management Area 13 standards on page III-40 and III-42 which state:**

"Recreation Opportunity Spectrum classes are roaded natural appearing or roaded modified."

"Developed recreational capacity will not be increased above the existing level, except to accommodate increase in winter sports activity."

"Dispersed recreation opportunities will be provided with moderate levels of investment in trail and recreational road maintenance, trailhead facilities, and, in the event of disruption from timber harvest activities, trail relocation."

"Trailhead facilities will be installed as necessary to disperse use throughout and beyond the area."

"Locate roads and trails to avoid important wildlife areas."

"Strive for habitat effectiveness levels of at least 80% for MS-1 and at least 60% for MS-2." *Note that this standard was removed via Forest Plan amendment 19.*

"Manage roads and trails to control public use in areas where a high potential for human/grizzly bear conflict is identified."

**33. Management Area 14 standards on page III-44 through III-46 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized, semi-primitive non-motorized, and primitive."

"Dispersed recreation opportunities will be provided with moderate levels of investment in trail and recreational road maintenance and trailhead facilities."

"Trailhead facilities will be installed as necessary to disperse use throughout this area."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private access, special use mineral activity, and access to other management areas."

"Manage roads and trails to control public use in areas where a high potential for human/grizzly bear conflict is identified."

"Strive for elk habitat effectiveness levels of at least 80% during the winter period."

"Strive for elk habitat effectiveness levels of at least 80% for MS-1 grizzly bear habitat and 60% for MS-2 grizzly bear habitat."

**34. Management Area 15 standards on page III-47 and III-48 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized, semi-primitive non-motorized, and primitive."

"Provide dispersed recreation opportunities with moderate levels of investment in trail and recreational road maintenance and trailhead facilities."

"Install trailhead facilities as necessary to disperse use throughout this area."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private access, special use mineral activity, and access to other management areas."

"Manage roads and trails to control public use in areas where a high potential for human/grizzly bear conflict is identified."

"Strive for elk habitat effectiveness levels of at least 80% for MS-1 grizzly bear habitat and 60% for MS-2 grizzly bear habitat."

**35. Management Area 16 standards on page III-50 and III-51 which state:**

"Recreation Opportunity Spectrum classes are roaded natural appearing, semi-primitive motorized, and semi-primitive non-motorized."

"Provide dispersed recreation opportunities at a low level of investment, primarily travel planning and maintenance of recreation travel routes that pass through this area."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private land access, special use mineral activity, or to provide access to other management areas."

**36. Management Area 17 standards on page III-52 and III-53 which state:**

"Recreation Opportunity Spectrum classes include semi-primitive motorized and semi-primitive non-motorized."

"Provide dispersed recreation opportunities at a low level of investment, primarily travel planning and maintenance of recreation travel routes.  Winter recreation activities may be controlled or restricted when they disrupt big game use."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private land access, special use mineral activity, or to provide access to other management areas."

"Locate roads and trails to avoid important wildlife areas."

"Road use restrictions may be used to minimize disturbance to big game."

**37. Management Area 18 standards on page III-54 and III-55 which state:**

"Recreation Opportunity Spectrum classes include semi-primitive motorized and semi-primitive non-motorized.  Restrict summer motorized use to trails designated on the Forest Travel Map."

"Construct, reconstruct, and maintain trails to accommodate recreation needs."

"Evaluate the need for a trail connecting the East and Main Fork Hyalite Creek trails."

"Develop a trailhead on Dry Creek."

**38. Management Area 19 standards on page III-56 and III-57 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized and semi-primitive non-motorized."

"The Porcupine drainage will be closed to motorized off-route travel.  Motorized trail vehicles can use designated routes.  The Elkhorn trail will be managed for non-motorized use (see Forest Travel Map)."

"In the Buffalo Horn drainage, off-route vehicle travel is open to snowmobile travel only; other vehicles are restricted to designated routes.  There will be no snowmobile use before December 1 (see Forest Travel Map)."

"Roads will not be constructed for surface management, except to provide public access.  Allow roads for private land access, special use mineral activity, or to access adjacent management areas."

**39. Management Area 20 standards on page III-59 and III-60 which state:**

"Recreation Opportunity Spectrum classes are semi-primitive motorized and semi-primitive non-motorized."

"Allow use of motorized vehicles for recreational purposes where such use is compatible with the protection and propagation of wildlife."

"Allow snowmobile use during periods when there is no conflict with grizzly bear or big game."

"Allow motorized trail vehicles less than 40 inches wide on designated routes from July 15 through October 30 (see Forest Travel Map)."

"No new road construction will be allowed."

"Manage the trail system consistent with management area goals."

"No new trailheads or trails will be constructed until the grizzly bear cumulative effects analysis is complete."

**40. Management Area 21 standards on page III-63 and III-64 which state:**

"Recreation Opportunity Spectrum classes include primitive, semi-primitive motorized, and semi-primitive non-motorized."

"Evaluate road construction necessary to meet RNA objectives on a case-by-case basis."

**41. Management Area 23 standards on page III-65 and III-66 which state:**

"Inventory and evaluate potential trails for their suitability and management as part of the National Recreation Trail system."

"Manage trails for either motorized or non-motorized use, depending on the objective of the individual trail."

"Trail location, construction, and maintenance will meet the management area goal."

**42. Management Area 24 standards on page III-67 and III-68 which state:**

"Recreation Opportunity Spectrum classes include semi-primitive motorized, semi-primitive non-motorized, roaded natural appearing, and roaded modified."

"Coordinate roads necessary for the development of minerals with goals of adjacent management areas."

**43. Management Area 25 standard on page III-69 which states:**

"All Recreation Opportunity Spectrum classes are included in this management area."