Exhibit 1:  All maps are from Custer Gallatin Supervisor's Office historic map files.



**1925 Absaroka National Forest Map**



**1933 Absaroka National Forest Map**

**1937 Absaroka National Forest Map**



**1947 Gallatin National Forest Map**



**1962 Gallatin National Forest Map**

Exhibit 1



**1970 Gallatin National Forest Map**



**1971 Big Timber Ranger District**
**Gallatin National Forest Map**



**1973 Gallatin National Forest Map**
**(middle portion of trail 267 not shown)**



**1976 Gallatin National Forest Map**



**1978 Gallatin National Forest Map**



**1980 Gallatin National Forest Map**



**1981 Gallatin National Forest Map**



**1983 Gallatin National Forest Map**



**1984 Gallatin National Forest Map**

**1984 Gallatin National Forest Map, 1986 Revisions**

**1984 Gallatin National Forest Map, 1991 Revisions**



**1996 Gallatin National Forest Map**



**1999 Gallatin National Forest Map**



**2003 Gallatin National Forest Map**



2012 Gallatin National Forest Map