

United States Department of Agriculture Forest Service

**2018 Montana**

**America's Great Outdoors**

# Motor Vehicle Use Map
## Custer Gallatin National Forest
### Crazy Mountains (Front)
### Bridger / Bangtail Mountains (Back)

### VICINITY MAP



### INFORMATION SOURCES

CUSTER GALLATIN NATIONAL FOREST
SUPERVISOR'S OFFICE
P.O. Box 130, 10 E. Babcock Street
Bozeman, MT 59771
Phone: (406) 587-6701
(406) 587-6801 (Telephone Device for the Deaf-TDD)
Website: www.fs.usda.gov/custergallatin

BOZEMAN RANGER DISTRICT
3710 Fallon Street, Suite C
Bozeman, MT 59718
Phone: (406) 522-2520 (Voice & TDD)

YELLOWSTONE RANGER DISTRICT
5242 Highway 89 South
Livingston, MT 59047
Phone: (406) 222-1892 (Voice & TDD)

GARDINER RANGER DISTRICT
P.O. Box 5, Highway 89 South
Gardiner, MT 59030
Phone: (406) 848-7375 (Voice & TDD)

HEBGEN LAKE RANGER DISTRICT
P.O. Box 520, 331 Highway 191 North
West Yellowstone, MT 59758
Phone: (406) 823-6961 (Voice & TDD)

### WEBSITE

This map and other Custer Gallatin National Forest Motor Vehicle Use Maps are available for download at this website: www.fs.usda.gov/main/custergallatin/maps-pubs



## PURPOSE AND CONTENTS OF THIS MAP

The designations shown on this motor vehicle use map (MVUM) were made by the responsible official pursuant to 36 CFR 212.51; are effective as of the date on the front cover of this MVUM; and will remain in effect until superceded by the next MVUM.



Forest Supervisor, Custer Gallatin National Forest

It is the responsibility of the user to acquire the current MVUM. This MVUM shows the National Forest System roads, trails and areas on National Forest System lands in the Yellowstone and Bozeman Ranger Districts that are designated for motor vehicle use pursuant to 36 CFR 212.51. This MVUM also identifies the vehicle classes allowed on each route and in each area; and any seasonal restrictions that apply on those routes and in those areas.

Designation of a road, trail, or area for motor vehicle use by a particular class of vehicle under 36 CFR 212.51 should not be interpreted as encouraging or inviting use, or implying that the road, trail, or area is passable, actively maintained, or safe for travel. Motor vehicle designations include parking along designated routes and at facilities associated with designated routes when it is safe to do so and when not causing damage to National Forest System resources. Seasonal weather conditions and natural events may render designated roads and trails impassable for extended periods. Designated areas may contain dangerous or impassable terrain. Many designated roads and trails may be passable only by high-clearance vehicles or four-wheel drive vehicles. Maintenance of designated roads and trails will depend on available resources, and many may receive little maintenance.

This motor vehicle use map identifies those roads, trails, and areas designated for the motor vehicle use under 36 CFR 212.51 for the purpose of enforcing the prohibition at 36 CFR 261.13. This is a limited purpose. The other public roads are shown for information and navigation purposes only and are not subject to designation under the Forest Service travel management regulation.

**These designations apply only to National Forest System roads, National Forest System trails, and areas on National Forest System lands.**

## PROHIBITIONS

**It is prohibited to possess or operate a motor vehicle on National Forest System lands on the CUSTER GALLATIN NATIONAL FOREST other than in accordance with these designations (36 CFR 261.13).**

Violations of 36 CFR 261.13 are subject to a fine of up to $5,000 or imprisonment for up to 6 months or both (18 U.S.C. 3571(e)). This prohibition applies regardless of the presence or absence of signs.

This map does not display nonmotorized uses, over-snow uses, or other facilities and attractions on the CUSTER GALLATIN NATIONAL FOREST. Obtain forest visitor information from the local national forest office.

Designated roads, trails, and areas may also be subject to temporary, emergency closures. As a visitor, you must comply with signs notifying you of such restrictions. A national forest may issue an order to close a road, trail, or area on a temporary basis to protect the life, health or safety of forest visitors or the natural or cultural resources in these areas. Such a temporary and/or emergency closures are consistent with the Travel Management Rule (36 CFR 212.52 (b); 36 CFR 261 subpart B).

The designation "road or trail open to all motor vehicles" does not supersede State traffic law.

## OPERATOR RESPONSIBILITIES

Operating a motor vehicle on National Forest System roads, National Forest System trails, and in areas on National Forest System lands carries a greater responsibility than operating that vehicle in a city or other developed setting. Not only must you know and follow all applicable traffic laws, you need to show concern for the environment, as well as other forest users. The misuse of motor vehicles can lead to the temporary or permanent closure of any designated road, trail, or area. As a motor vehicle operator, you are also subject to State traffic law, including State requirements for licensing, registration, and operation of the vehicle in question.

Motor vehicle use, especially off-highway vehicle use, involves inherent risks that may cause property damage, serious injury, and possibly death to participants. Drive cautiously and anticipate rough surfaces and features, such as snow, mud, vegetation, and water crossings common to remote driving conditions. By your participation, you voluntarily assume full responsibility for these damages, risks, and dangers. Take care at all times to protect yourself and those under your responsibility.

Much of the Custer Gallatin National Forest is remote. Medical assistance may not be readily available. Cellular telephones do not work in many areas of the Custer Gallatin National Forest. Take adequate food, water, first-aid supplies, and other equipment appropriate for the conditions and expected weather.

ALWAYS REMEMBER TO RESPECT PRIVATE LAND! PROTECT YOUR PRIVILEGE. STAY ON DESIGNATED ROADS AND TRAILS AND IN DESIGNATED AREAS.

Read and understand this map in its entirety. If you have questions please contact the Custer Gallatin National Forest for clarification.

As a motor vehicle operator on a National Forest System road, trail, or area, you must comply with this map, as well as all Federal, State, and local laws and regulations. Compliance with these rules is your responsibility.

## Legend

- Roads Open to Highway Legal Vehicles
- Roads Open to All Vehicles
- Trails Open to Motorcycles Only
- Trails Open to Wheeled Vehicles 50" or Less in Width
- Dispersed Camping (Use along with road and trail symbols above)
- Seasonal Designation (See Table) (Use along with road and trail symbols above)
- Interstate
- Other Public Roads
- Other Public Trails
- Motorized Trailhead
- FS Campground
- Peaks
- Forest or Unit Boundary
- National Forest System Lands
- Non-National Forest System Lands within the National Forest
- Township and Range Lines
- Section Lines
- Lakes and Rivers

## EXPLANATION OF LEGEND ITEMS

**Roads Open to Highway Legal Vehicle Only:**
These roads are open only to motor vehicles licensed under State law for general operation on all public roads within the State.

**Roads Open to All Vehicles:**
These roads are open to all motor vehicles, including smaller off highway vehicles that may not be licensed for highway use (but not to oversize or overweight vehicles under State traffic law).

**Trails Open to Motorcycles Only:**
These trails are open only to motorcycles. Sidecars are not permitted.

**Trails Open to Wheeled Vehicles 50 inches or Less in Width:**
These trails are open only to wheeled, motor vehicles less than 50 inches in width at the widest point on the vehicle.

**Seasonal Designation:**
This symbol, used in conjunction with one of the other road or trail symbols, indicates that the road or trail is open only during certain portions of the year. Refer to the Seasonal and Special Designation Table for further instructions.

**Dispersed Camping:**
This symbol is used along with a designated road or trail to indicate that limited cross-country motor vehicle use is allowed within 300 feet of that route, solely for the purpose of dispersed camping.

**Motorized Trail Access:**
This symbol indicates a trail head for access to a motorized route. Not all motorized routes have trail heads and those that do may range from primitive to developed.

## BLANKET STATEMENTS FOR TRAVEL MANAGEMENT.

- In areas along designated motor vehicle routes where general dispersed camping with motor vehicles is not allowed, a small number of designated dispersed campsites have been marked on-the-ground. In these designated dispersed camp sites, the access road to the site and the site itself are only open to motor vehicles during the same season of use indicated for the adjacent road or trail.

- There are numerous short designated motor vehicle routes around the forest that are sometimes too small to display. These routes are signed on the ground with route numbers. If they are too small to display on the MVUM, they are not referenced on the route table. The seasonal restriction for the short spurs are the same as its adjacent primary access route.

- On the Custer Gallatin National Forest, designated motorized TRAILS open to wheeled vehicles less than 50 inches in width, are ONLY open to OHVs and MOTORCYCLES that meet the following criteria:

  OHVs are defined as: motorized, wheeled trail vehicles that are less than 50 inches in width at the widest point on the vehicle.

  Motorcycles are defined as: motorized, wheeled trail vehicles that are less than 50 inches in width at the widest point on the vehicle, with a maximum of two wheels in-line with the direction of travel.



### Crazy Mountains Primary Public Access Roads
- Shields River Road (FSR 844)
- Smith Creek Road (FSR 991)
- Porcupine Road
- Cottonwood Bench Road
- Rock Creek Road North
- Big Timber Canyon Road

See Helena-Lewis and Clark Motor Vehicle Use Map for Motorized Travel Information on Helena-Lewis and Clark NF Roads and Trails

### Designated Motorized Routes (Crazies)

| Route Number | Route Name | Dates Allowed | Beginning Mile Post | Ending Mile Post |
|---|---|---|---|---|
| **Roads open to Highway Legal Vehicles only** | | | | |
| 197 | Big Timber Creek Road | Year-round | 0.000 | 4.000 |
| 197-A | Old Admin Site Road | Year-round | 0.000 | 0.400 |
| 203 | Porcupine Road | Year-round | 0.000 | 0.740 |
| 844 | Shields River Road | Year-round | 0.000 | 5.010 |
| 991 | Smith Creek Road | Year-round | 0.000 | 5.270 |
| 6635 | East Fork Smith Creek Road | Year-round | 0.000 | 0.640 |
| 6636 | Goat Mountain Road | Year-round | 0.000 | 1.337 |
| 6638 | Nanny Goat Road | Year-round | 0.000 | 0.620 |
| 7108 | Billy Goat Road | Year-round | 0.000 | 0.360 |
| **Roads open to Highway Legal Vehicles only, with Seasonal Designation** | | | | |
| 198 | Cottonwood Creek Road | 05/16 - 12/31 | 0.000 | 15.490 |
| 844 | Shields River Road | 06/16 - 12/01 | 5.010 | 12.173 |
| 844 | Shields River Road | 06/16 - 12/01 | 17.748 | 21.093 |
| 2510 | Ibex Road | 05/16 - 12/31 | 0.000 | 1.700 |
| 6630 | Sunlight Creek Road | 06/16 - 12/01 | 0.000 | 2.357 |
| 6632 | Crandall Creek Road | 06/16 - 12/01 | 0.000 | 0.165 |
| **Roads open to All Wheeled (Non-Tracked) Vehicles with Seasonal Designation** | | | | |
| 844 | Shields River Road | 06/16 - 12/01 | 12.173 | 17.748 |
| 991 | Smith Creek Road | 06/16 - 12/01 | 5.270 | 8.610 |
| 2510 | Ibex Road | 05/16 - 12/31 | 1.700 | 2.500 |
| 2510-A | Ibex A Road | 06/16 - 12/01 | 0.000 | 0.860 |
| 6634 | Turkey Creek Road | 06/16 - 09/14 | 0.000 | 1.719 |
| 6635 | East Fork Smith Creek Road | 06/16 - 12/01 | 0.640 | 4.660 |
| 6636 | Goat Mountain Road | 06/16 - 12/01 | 1.337 | 2.483 |
| **Trails and Gated Roads open to Wheeled (Non-Tracked) Vehicles 50 Inches or less in width, with Seasonal Designation (OHVs and Motorcycles Only)** | | | | |
| 130 | Honey Run Trail | 06/16 - 10/14 | 0.000 | 0.542 |
| 130 | Honey Run Trail | 06/16 - 9/14 | 0.542 | 4.740 |
| 197 | Cottonwood Lake Trail | 06/16 - 10/14 | 0.000 | 2.600 |
| 247 | West Lodgepole Trail | 06/16 - 10/14 | 0.000 | 4.460 |
| 248 | Upper Lodgepole Trail | 06/16 - 10/14 | 0.000 | 1.550 |
| 253 | Bitter Creek Trail | 06/16 - 10/14 | 0.000 | 6.230 |
| 254 | Upper Bitter Creek Trail | 06/16 - 10/14 | 0.000 | 2.010 |
| 255 | Lower Smith Connector Trail | 06/16 - 10/14 | 0.000 | 1.900 |
| 261 | Upper Scab Rock Trail | 06/16 - 10/14 | 0.000 | 1.687 |
| 262 | Lower Scab Rock Trail | 06/16 - 10/14 | 0.000 | 0.626 |
| 263 | Bitter Honey Trail | 06/16 - 10/14 | 0.000 | 3.515 |
| 264 | Upper Smith Connector Trail | 06/16 - 10/14 | 0.000 | 1.070 |
| 271 | Ibex Trail | 06/16 - 10/14 | 0.000 | 1.527 |
| **Trails open to Motorcycles, with Seasonal Designation** | | | | |
| 258 | Shields Lowline Trail | 06/16 - 9/14 | 0.000 | 4.860 |
| 260 | Sunlight Ridge Trail | 06/16 - 9/14 | 0.000 | 0.500 |
| 267 | Porcupine Lowline Trail | 06/16 - 9/14 | 0.000 | 10.827 |
| 269 | Horse Creek Tie Trail | 06/16 - 9/14 | 0.000 | 1.924 |
| 270 | Rock Creek North Trail | 06/16 - 10/14 | 0.000 | 8.091 |

### Motor Vehicle Use Maps on the Custer Gallatin National Forest
- Bridger Mountains Side 2
- Crazy Mountains Side 1

North American Datum of 1983 (NAD 83)
Universal Transverse Mercator, Zone 12N

EXHIBIT Z

FS-873-111