FILED
9/30/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public land organization, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest, et al.,<br><br>Defendants. | CV 19-66-BLG-SPW-TJC<br><br>**ORDER** |

Currently pending before the Court is Defendants' Motion to Dismiss. (Doc. 13.) On September 6, 2019, Plaintiffs filed an Amended Complaint, and Defendants have filed an Answer. (Docs. 18, 20.) In light of filing of the Amended Complaint and Answer, Defendants' Motion to Dismiss is **DENIED as moot**.

Accordingly, this matter is at issue. This case is exempt from the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Therefore,

IT IS ORDERED that lead trial counsel for the respective parties shall meet and confer to consider a joint case management plan to be filed with the Court on or before **November 1, 2019**. If the parties are unable to agree on a joint case

management plan, they shall each file separate case management plans on or before **November 1, 2019**, noting to which dates they could not agree and the reasons for their disagreement.

    **IT IS ORDERED**.

    DATED this 30th day of September, 2019.

                                            _____
                                            TIMOTHY J. CAVAN
                                            United States Magistrate Judge