MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov

JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 829-3336
Fax: (406) 542-1476
Email: john.newman@usdoj.gov

Attorneys for Federal Defendants
United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **FRIENDS OF THE CRAZY MOUNTAINS**, a public land organization; **MONTANA CHAPTER BACKCOUNTRY HUNTERS AND ANGLERS**, a non-profit organization; **ENHANCING MONTANA'S WILDLIFE AND HABITAT**, a public outreach organization; **SKYLINE SPORTSMEN'S ASSOCIATION**, a non-profit organization,<br><br>                Plaintiffs, | CV 19-66-BLG-SPW-TJC<br><br><br><br>**DECLARATION OF SITKA PENCE** |

1

|  |  |
|---|---|
| vs.<br><br>**MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest; LEANNE MARTEN, in her official capacity as Regional Forester, Region One, for the U.S. Forest Service; VICKI CHRISTIANSEN, in her official capacity as chief of the U.S. Forest Service; THE UNITED STATES FOREST SERVICE, a federal agency; THE UNITED STATES DEPARTMENT OF AGRICULTURE, a federal department,**<br><br>　　　　　**Federal Defendants.** |  |

I, Sitka Pence, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1. I am employed by the United States Department of Agriculture, Forest Service, as an Environmental Planner for the Washington Office, Ecosystem Management Coordination. My job responsibilities include overseeing the compilation of the pertinent documents for the above- captioned case. I was the NEPA planner that supported the Custer Gallatin National Forest during the Porcupine Ibex project.

2. The U.S. Forest Service's Supplemental Administrative Record is hereby submitted on one thumb drive in searchable format, with the index contained on the thumb drive. The index contains hyperlinks to the documents within the Administrative Record. This Supplemental Record includes the documents in the Administrative Record the Forest Service filed in December 2019 and additional documents described below.

3. I hereby declare that, to the best of my knowledge, the documents lodged with the Court in the above-captioned case are the full and complete U.S. Forest Service Administrative Record for the Case 19-cv-000066- SPW-TJC. The Administrative Record contains documents directly or indirectly considered by the U.S. Forest Service decision makers in connection with the disputed actions.

4. Pursuant to Judge Cavan's order filed on September 30, 2020, four documents that were included in the December 2019 filing have been removed. The Forest Service also supplemented the Administrative Record pursuant to Judge Cavan's order by adding Forest Service documents related to the 2006 Travel Plan Record of Decision and landowner appeals pertaining to the former Lowline Trail; documents directly or indirectly considered that relate to the Ibex project; Crazy Mountain Working Group materials and communications related to the Ibex project; and the Northern Pacific Railway deeds conveying land to landowners involved in the Ibex project.

5. The Forest Service redacted personal identifiable information contained in the documents in the Supplemental Administrative Record to protect the privacy of individuals. The redacted information includes names, addresses, phone numbers, and emails of private citizens.

6. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of October, 2020.

_____
Sitka Pence
Environmental Planner
Washington Office EMC
U.S. Forest Service