IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public land organization, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest, *et al.*,<br><br>　　　　　　Defendants. | CV 19-66-BLG-SPW-TJC<br><br>**ORDER** |

　　Defendants M Hanging Lazy 3, LLC and Henry Guth, Incorporated move for the admission of Jeffrey W. McCoy to practice before this Court in this case with Ethan W. Blevins to act as local counsel. Mr. McCoy's application appears to be in order.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Jeffrey W. McCoy *pro hac vice* is GRANTED on the condition that Mr. McCoy shall do his own work. This means that Mr. McCoy must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. McCoy, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 26th day of February, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge