IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public land organization, *et al.*,<br><br>               Plaintiffs,<br><br>  vs.<br><br>MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest, *et al.*,<br><br>               Defendants. | CV 19-66-BLG-SPW-TJC<br><br>**ORDER** |

    Defendants M Hanging Lazy 3, LLC and Henry Guth, Incorporated move for the admission of Jonathan Wood to practice before this Court in this case with Ethan W. Blevins to act as local counsel. Mr. Wood's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Jonathan Wood *pro hac vice* is GRANTED on the condition that Mr. Wood shall do his own work. This means that Mr. Wood must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Wood, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

    DATED this 26th day of February, 2021.

                                                        _____
                                                        TIMOTHY J. CAVAN
                                                        United States Magistrate Judge