IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public land organization, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY ERICKSON, in her official capacity as Forest Supervisor for the Custer Gallatin National Forest, *et al.*, <br><br> Defendants. | CV 19-66-BLG-SPW-TJC <br><br><br> **ORDER** |

The parties' have filed a Joint Motion to Vacate the October 29, 2020 Scheduling Order.  (Docs. 44, 61.)   The parties agree that since the Court ordered joinder of Defendants M Hanging Lazy 3, LLC and Henry Guth Incorporated (Doc. 46), it would be appropriate to stay the briefing schedule until the pending Second Motion to Complete the Administrative Record (Doc. 51) is disposed. (Doc. 61 at 2.)   Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.   The briefing schedule in the Amended Scheduling Order (Doc. 44) is VACATED.   The parties

shall file a joint, proposed briefing schedule within 14 days after the Court rules on Plaintiffs' Second Motion to Complete the Administrative Record (Doc. 51).

DATED this 26th day of February, 2021.

_____
Timothy J. Cavan
United States Magistrate Judge