ETHAN W. BLEVINS, Mont. Bar No. 37415893
Email: EBlevins@pacificlegal.org
Pacific Legal Foundation
839 W 3600 S
Bountiful, Utah 84010
Telephone: (206) 619-8944
Facsimile: (916) 419-7747

JONATHAN WOOD*, Cal. Bar No. 285229
Email: JWood@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 888-6881

JEFFREY W. McCOY*, Colo. Bar No. 43562
Email: JMccoy@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
*Pro Hac Vice

Attorneys for Defendants M Hanging Lazy 3, LLC
and Henry Guth, Incorporated

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY ERICKSON, in her capacity as Forest Supervisor for the Custer-Gallatin National Forest; M HANGING LAZY 3, LLC; HENRY GUTH, INCORPORATED, *et al.*,<br><br>Defendants. | No. 1:19-cv-00066-SPW-TJC<br><br>**LANDOWNERS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, M Hanging Lazy 3, LLC and Henry Guth, Inc. (collectively, the Zimmermans or Landowners) respectfully submit this motion for summary judgment. Based on the undisputed facts and applicable law, the Plaintiffs are not entitled to relief on any of their claims. This Court should grant the Landowners' motion for summary judgment, deny the Plaintiffs' motion for summary judgment, and dismiss this case with prejudice.

This motion is supported by the attached memorandum and the attached statement of undisputed facts.

Dated: May 21, 2021.

Respectfully submitted,

ETHAN W. BLEVINS
JONATHAN WOOD
JEFFREY W. McCOY

/s/ Ethan W. Blevins
ETHAN W. BLEVINS

*Attorneys for Defendants*
*M Hanging Lazy 3, LLC and*
*Henry Guth, Incorporated*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ethan W. Blevins
ETHAN W. BLEVINS