UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, a public organization, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ERICKSON, in her official capacity as forest supervisor for the Custer Gallatin National Forest, *et al.*,<br><br>Defendant. | Case No. CV-19-66 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Federal Defendants and Land Owner Defendants as stated in the Courts Order E.C.F. 106, signed and dated March 30, 2022.

    Dated this 16th day of May, 2022.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ E.Hamnes
                                     E.Hamnes, Deputy Clerk