Michael A. Kauffman
DarAnne Dunning
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601
406-495-8080
michael@drakemt.com
daranne@drakemt.com

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
406-324-8011
bishop@westernlaw.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY ERICKSON, in her capacity as Forest Supervisor for the Custer-Gallatin National Forest, M HANGING LAZY 3, LLC, HENRY GUTH, INCORPORATED, *et al.*, <br><br> Defendants. | CV-19-66-BLG-SPW-TJC <br><br> NOTICE OF APPEAL |

Notice is hereby given that Friends of the Crazy Mountains, the Montana Chapter of Backcountry Hunters and Anglers, Enhancing Montana's Wildlife and Habitat, and the Skyline Sportsmen's Association, collectively "Plaintiffs" in the above-named case, hereby submit this timely Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. Plaintiffs appeal the District Court's Order Adopting Findings and Recommendations filed March 30, 2022 (Doc. 106). Judgment was entered on May 16, 2022 (Doc. 107), and this Notice is timely filed within 60 days. F. R. A. P. 4(a)(1)(B). Plaintiffs appeal the Order's findings on the NEPA claims (Doc. 106, Sec III B).

DATED this 14th day of July, 2022.

/s/ Michael Kauffman
Michael Kauffman

/s/ Matthew K. Bishop
Matthew K. Bishop

*Counsel for Plaintiffs*