Michael A. Kauffman
DarAnne Dunning
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601
406-502-1668
michael@drakemt.com
daranne@drakemt.com

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
406-324-8011
bishop@westernlaw.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF THE CRAZY MOUNTAINS, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> MARY ERICKSON, in her capacity as Forest Supervisor for the Custer-Gallatin National Forest, M HANGING LAZY 3, LLC, HENRY GUTH, INCORPORATED, *et al*., <br><br> Defendants. | CV-19-66-BLG-SPW-TJC <br><br> REPRESENTATION STATEMENT |

1

The undersigned represents the Plaintiffs and Appellants in this matter, and no other party. Attached is a service list that show all of the parties to the action, and identifies their counsel by name, address, email, and telephone number, where appropriate. F.R.A.P. 12(b); Circuit Rule 3-2(b).

Dated: July 14th, 2022

Respectfully submitted,

/s/ Michael Kauffman
Michael Kauffman

/s/ Matthew K. Bishop
Matthew K. Bishop

*Counsel for Plaintiffs*

# SERVICE LIST OF REPRESENTATION STATEMENT

***Plaintiff and Appellant:***

Friends of the Crazy Mountains, the Montana Chapter of Backcountry Hunters and Anglers, Enhancing Montana's Wildlife and Habitat, and the Skyline Sportsmen's Association

Counsel for Plaintiff and Appellant
Michael A. Kauffman
DarAnne Dunning
DRAKE LAW FIRM, P.C.
111 North Last Chance Gulch
Suite 3J, Arcade Building
Helena, MT 59601
406-495-8080.
michael@drakemt.com
daranne@drakemt.com

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59603
406-324-8011
bishop@westernlaw.org

***Defendant/Appellee – Federal Defendants:***

MARY ERICKSON, in her capacity as Forest Supervisor for the Custer-Gallatin National Forest

LEANNE MARTEN, in her capacity as Regional Forester, Region One, for the U.S. Forest Service;

VICKI CHRISTIANSEN, in her official capacity as the chief of the U.S. Forest Service;

THE UNITED STATES DEPARTMENT OF AGRICULTURE.

Counsel for Federal Defendants:
Mark Steger Smith
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov

Randy J. Tanner
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 329-4268
Email: randy.tanner@usdoj.gov

***Defendant/Appellee – Landowner Defendants:***
M Hanging Lazy 3, LLC and Henry Guth, Inc.

Counsel for Landowner Defendants:
Ethan W. Blevins
Pacific Legal Foundation
839 W. 3600 S
Bountiful, Utah 84010
Telephone: (206) 619-8944
Facsimile: (916)419-7747
Email: EBlevins@pacificlegal.org

Jeffrey W. McCoy
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Telephone (916) 419-7111
Email: JMccoy@pacificlegal.org